THE BUCKINGHAM CORPORATION, Plaintiff-Appellee, *v.* FOREMOST SALES PROMOTIONS, INC., Defendant-Appellant.

---

THE BUCKINGHAM CORPORATION, Plaintiff-Appellee, *v.* GEORGE J. VASELOPULOS, Individually and d/b/a BEL-PARK LIQUORS, Defendant-Appellant.

---

THE BUCKINGHAM CORPORATION, Plaintiff-Appellee, *v.* CARAVAN LIQUORS, INC., Defendant-Appellant.

(Nos. 57339, 57340, 57341 cons.;

First District (3rd Division)—February 7, 1974.

Opinion by Mr. JUSTICE DEMPSEY.

Allen H. Schultz, of Chicago, for appellant.

Morton Siegel and Kenneth S. Freedman, both of Chicago, for appellee.